UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BILL WISSER,

                          Plaintiff,

- against -

MUSICSUBMIT, LLC

                          Defendant.

Docket No. 1:19-cv-2788

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. The parties will file a stipulation of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard Liebowitz